Loos v. Lancaster County.

*Charles E. Matson, Harry R. Ankeny, Max G. Towle* and *Cosgrave & Campbell*, contra.

Heard before MORRISSEY, C. J., LETTON, DEAN, ROSE, DAY, ALDRICH and FLANSBURG, JJ.

DAY, J.

---

GEORGE P. LOOS, APPELLANT, v. LANCASTER COUNTY, APPELLEE.

FILED MAY 6, 1922.   No. 22349.

Case Followed. The issues presented in this case are identical with, and controlled by, *Brown Real Estate Co. v. Lancaster County, ante,* p. 514.

APPEAL from the district court for Lancaster county: WILLIAM M. MORNING, JUDGE. *Affirmed.*

*William Niklaus* and *H. Rosenthal,* for appellant.

*Charles E. Matson, Harry R. Ankeny, Max G. Towle* and *Cosgrave & Campbell, contra.*

Heard before MORRISSEY, C. J., LETTON, ROSE, DEAN, DAY, ALDRICH and FLANSBURG, JJ.

DAY, J.

The trial court sustained a demurrer to the petition and dismissed the action. Plaintiff appeals.

The facts alleged in the petition are substantially the same as those alleged in *Brown Real Estate Co. v. Lancaster County, ante* p. 514. What was said in the *Brown* case disposes of all the questions raised in the present case.

The judgment of the district court was right, and is

AFFIRMED.